UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEVIN MIZELL,

                      Petitioner,

           -v-

UNITED STATES OF AMERICA,

                      Respondent.

19-CV-6849 (RJS)

14-CR-0212 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

       On May 6, 2020, the Court issued an order denying Defendant Tevin Mizell's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255.  (19-cv-6849, Doc. No. 15.)  The Court is now in receipt of a letter from Defendant requesting the issuance of a certificate of appealability.  (19-cv-6849, Doc. 18.)  For the reasons set forth in the Court's eleven-page order, the Court concludes that Defendant has not "made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2); *see also Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  Accordingly, the Court will not issue a certificate of appealability.  The Clerk of the Court is respectfully directed to terminate the motion pending at 14-cr-212, document number 995, and 19-cv-6849, document number 18.

SO ORDERED.

Dated:      May 29, 2020
               New York, New York

                                                      RICHARD J. SULLIVAN
                                                      UNITED STATES CIRCUIT JUDGE
                                                      Sitting by Designation